# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **ASHER SMITH,** <br><br> Defendant. | PO-17-5114-JTJ <br><br> VIOLATION: 6563102 <br><br> Location Code: M13 <br><br> ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $70 and a $30 processing fee for VN 6563102 for a total amount of $100 in full by August 11, 2017. Payment(s) should be mailed to the following address:

      CENTRAL VIOLATIONS BUREAU
      P.O. Box 71363
      Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the initial appearance, currently scheduled for August 11, 2017, is VACATED.

DATED this 24th day of October, 2017.

                                                  John Johnston
                                                  United States Magistrate Judge